November 10, 1948; released for publication December 2, 1948.   Julius S. Neale, for appellant; Walter E. Moss, of counsel; Thomas J. Barnett, Floyd J. Stuppi, Philip E. Von Ammon and A. R. Peterson, for appellee; A. R. Peterson, Harold W. Huff and John R. Rogers, of counsel. Opinion by PRESIDING JUSTICE BURKE.   Not to be published in full.

## Geraldine Lewand, Appellant, v. Raymond Lewand, Appellee.

### Gen. No. 44,482.

opinion filed November 10, 1948; released for publication December 2, 1948.   Bye, McNeill & McElroy, for appellant; Eugene P. Meegan, for appellee.   Opinion by JUSTICE LEWE.   Not to be published in full.

## Morris A. Sokoloff et al., Trading as A & A Boiler and Tank Works, Appellees, v. Highway Steel Products Company, Appellant.

### Gen. No. 44,155.

574

opinion filed November 16, 1948; released for publication December 2, 1948. Frederick W. Turner, Jr., for appellant; Edward I. De Bolt, of counsel; Perlman, Goodman, Hecht & Chesler, for appellees; Theodore E. Rein and Bernard T. Hecht, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

## Frank J. Cantow, Appellant, v. Louise Foute, Appellee.

### Gen. No. 44,183.

opinion filed November 16, 1948; released for publication December 2, 1948. Louis J. Victor, for appellant; Charles D. Snewind, of counsel; John O. Wagner, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.

## Mrs. Joseph Huntscha, Appellee, v. Laurence O'Donnell, Appellant.

### Gen. No. 44,194.